**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MEGAN THOMAS,

      Plaintiff,

                                      CASE NO: 8:20-cv-2157

v.

ENHANCED RECOVERY COMPANY, LLC,

      Defendant.
                                      /

**NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel and, pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the County Court of Polk County, to the United States District Court for the Middle District of Florida, and shows the Court as follows:

1. On August 14, 2020, Plaintiff, Megan Thomas ("Plaintiff"), filed a civil action in the County Court of Polk County, styled *Megan Thomas v. Enhanced Recovery Company, LLC*, Case No. 2020SC-004737.

2. On or about August 25, 2020, ERC received a copy of the Complaint and a request to waive service of process from Plaintiff's counsel. This Notice of Removal is being filed within thirty days of ERC's receipt of Plaintiff's request that ERC waive service and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and

known to have been served by, or upon ERC, are attached hereto as composite Exhibit "A." Defendant is not aware of any further proceeding in the above-described civil action.

      4.      This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

      5.      Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

      7.      ERC will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the County Court of Polk County. Defendant will also promptly provide a written copy of the Notice of Removal to Plaintiff.

      9.      ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the County Court of Polk County, is removed therefrom to this Court.

Dated: September 14, 2020.

                                            **SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Richard D. Rivera*
Scott S. Gallagher
Florida Bar No. 0371970
Email: ssgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
Nicole Kalkines
Florida Bar No. 1003293

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

> Email: nkalkines@sgrlaw.com
> 50 North Laura St, Suite 2600
> Jacksonville, FL 32202
> (904) 598-6111
> (904) 598-6211 fax
>
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served a true and correct copy of the foregoing via electronic and First Class Mail to the following:

Bridget L. Dow, Esq.
Bryan J. Geiger, Esq.
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
Tel: (813) 567-1230
Fax: (855) 500-0705
bdow@seraphlegal.com
bgeiger@seraphlegal.com

*Attorneys for Plaintiff*

>                         */s/ Richard D. Rivera*
>                                 Attorney